UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GERMAN PAGUADA & LUIS LARA, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-12-2283 |
| | § | |
| WILMER ORDONEZ, *d/b/a* | § | |
| WILMER ORDONEZ CONSTRUCTION, | § | |
| | § | |
| *Defendant*. | § | |

**FINAL JUDGMENT**

In accordance with the court's order issued this day, it is **ORDERED, ADJUDGED, AND DECREED**:

1. That judgment by default be entered in favor of German Paguada ("Paguada") and Luis Lara ("Lara") against defendant Wilmer Ordonez *d/b/a* Wilmer Ordonez Construction ("Ordonez");

2. That Paguada recover damages pursuant to 29 U.S.C. § 216(b) from Ordonez in the amount of $4,030.00 in unpaid overtime and minimum wages and $4,030.00 in liquidated damages for a total of $8,060.00;

3. That Lara recover damages pursuant to 29 U.S.C. § 216(b) from Ordonez in the amount of $537.40 in unpaid overtime and minimum wages and $537.40 in liquidated damages for a total of $1,074.80;

4. That plaintiffs recover attorneys' fees and costs pursuant to 29 U.S.C. § 216(b) from Ordonez in the amount of $4,956.50; and

5. That interest shall accrue on this award at a rate of 0.13% per annum, from the date of entry of this judgment until the date the judgment is paid.

All writs and process for the enforcement and collection of this judgment may issue as necessary. In connection with any Writ of Execution in this case, the court directs the United States Marshals Service to use any means or force reasonably necessary to satisfy this judgment.

This is a **FINAL JUDGMENT**.

Signed at Houston, Texas on November 19, 2013.

_____
Gray H. Miller
United States District Judge